A. J. EDWARDS, PLAINTIFF IN ERROR, VS. CHARLES A. DUNN, DEFENDANT IN ERROR.

Writ of Error to Circuit Court Marion county.

*W. S. Bullock*, for Plaintiff in Error.

No appearance for Defendant in Error.

This action was brought by the plaintiff in error against the defendant in error. There was judgment

Memorandum Decisions.

This action was brought by the plaintiffs in error against the defendant in error. There was judgment for the defendant, and the plaintiff takes writ of error. The judgment is affirmed.

Decision Per Curiam.